**ATLAS MFG. CO. et al. v. ASHLEY.**

No. 9369.

United States Court of Appeals
District of Columbia.

Argued Jan. 22, 1947.

Decided Feb. 3, 1947.

Mr. Isadore H. Halpern, of Washington, D. C., with whom Messer. Samuel B. Brown, Nathan M. Brown and Benjamin B. Brown, all of Washington, D. C., were on the brief, for appellants.

Mr. Orin DeM. Walker, of Washington, D. C., for appellee.

Before EDGERTON, WILBUR K. MILLER and PRETTYMAN, Associate Justices.

PER CURIAM.

The order of the District Court is not intended to have and will not have any effect upon the rights of the parties to establish, in litigation which is pending in Florida, any claims or defenses which they might have established in that litigation if the order here on appeal had never been entered. The parties agree that the order, thus interpreted, is correct and in accordance with a stipulation which they had previously entered into. The order is therefore affirmed.

Affirmed.